# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM ROBINSON**                                                                                                        **PLAINTIFF**

**V.**                   **CASE NO. 5:16-CV-00342 BRW/BD**

**THOMAS, et al.**                                                                                                                      **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff William Robinson filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On April 12, 2017, Mr. Robinson was given thirty days to notify the Court of his new address, after his mail was returned to Court as undeliverable. (#18) The Court specifically cautioned Mr. Robinson that his claims could be dismissed if he failed to comply with the Order. (#18) To date, Mr. Robinson has failed to comply with the Court's Order and the time for doing so has passed.

## III. Conclusion:

The Court recommends that Mr. Robinson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's April 12, 2017 Order.

DATED this 16th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE