# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WILLIAM ROBINSON**                                                 **PLAINTIFF**

**VS.**                  **No. 5:16-CV-00342 BRW/BD**

**THOMAS,** *et al.*                                           **DEFENDANTS**

## **ORDER**

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in its entirety.

Plaintiff's case is DISMISSED, without prejudice.

IT IS SO ORDERED, this 7th day of June, 2017.

                                                                       /s/ Billy Roy Wilson
                                                                  UNITED STATES DISTRICT JUDGE